UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Theresa Wamala

   v.                                            Civil No. 09-cv-304-JD

City of Nashua et al.

**O R D E R**

Before the Court for consideration is plaintiff's motion to amend her complaint (document no. 4).  In that motion plaintiff seeks to add the names of five individuals as defendants to this action who have previously been identified only as "all supervisors."  Plaintiff has included summons forms for these five individuals with her motion.  I grant the motion and construe the pleading as an addenda to the initial complaint.  It will be considered as part of the initial complaint for all purposes.  The Clerk's Office is directed to issue the summonses submitted so that the defendants named therein may be served.

**SO ORDERED.**

                                              _____
                                              James R. Muirhead
                                              United States Magistrate Judge

Date:    October 9, 2009

cc:      Theresa Wamala, pro se
         Brian J.S. Cullen, Esq.