UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2010 DEC 20  A 10: 28

Theresa Wamala

    v.          Civil No. 09-cv-304-JD

City of Nashua, et al.

O R D E R

On December 13, 2010, plaintiff Theresa Wamala filed a document entitled "Notice of Appeal." As Judgment has not yet entered, the Court considers this to be an Interlocutory Appeal, for which permission to appeal is required. 28 USC § 1292(b); Fed. R. App. P. 5. Therefore, the Court will treat the Notice of Appeal as a Motion to Certify an Interlocutory Appeal, to which the defendant shall respond, if they so choose, on or before December 22, 2010.

SO ORDERED.

December 20, 2010

                Joseph A. DiClerico, Jr.
                United States District Judge

cc: Theresa Wamala, pro se
   Brian J.S. Cullen, Esq.