```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Theresa Wamala

    v.                                       Civil No. 09-cv-304-JD

City of Nashua, et al.

### O R D E R

Theresa Wamala filed a document entitled "Notice of Appeal" on December 13, 2010, which was construed as a motion to certify an interlocutory appeal. The defendant objects to an interlocutory appeal. As the listed rulings do not fall within the scope of 28 U.S.C. § 1292 or the collateral order doctrine, see Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949), no basis exists to certify an appeal.

### Conclusion

For the foregoing reasons, the plaintiff's notice, construed as a motion to certify an interlocutory appeal (document no. 91), is denied. Trial will proceed as scheduled on January 4, 2011.

    SO ORDERED.

                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

December 21, 2010

cc: Brian J.S. Cullen, Esquire
      Theresa Wamala, pro se