

**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Theresa Wamala

    v.                                          Civil No. 09-cv-304-JD

Michael Moushegian

**VERDICT FORM**

CLAIM 1:

1. Do you find by a preponderance of the evidence that Detective Moushegian required Ms. Wamala to stay at the police station involuntarily, against her will, in violation of the Fourth Amendment?

        ___YES                ✓___NO

CLAIM 2

2. Do you find by a preponderance of the evidence that Detective Moushegian required Ms. Wamala to provide a DNA sample involuntarily, against her will, in violation of the Fourth Amendment?

        ___YES                ✓___NO

    If you answered "YES" to either or both of questions 1 and 2, go on to the **DAMAGES** section, beginning with question 3. If you answered "NO" to both question 1 and question 2, conclude your deliberations.

DAMAGES

3.  What amount, if any, do you award to Ms. Wamala as compensatory damages?

_____
    Write the amount in words not in numbers.
    If none, write "none."

**If you award compensatory damages, skip question 4 and go on to question 5.  If you do NOT award compensatory damages, answer question 4.**

4.  If you did not award compensatory damages, you must award nominal damages in an amount not to exceed one dollar per claim.

_____
    Write the amount in words not in numbers, one dollar or two dollars.

**Go on to answer question 5.**

5.  What amount, if any, do you award to Ms. Wamala as punitive damages?

_____
    Write the amount in words not in numbers.
    If none, write "none."

_1/6/11_         /s/ Foreperson
Date             Jury Foreperson

2